# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TRACEY I. CRIDER, | * | |
| Plaintiff, | * | Civil Action No. _____ |
| v. | * | [Removed from the Circuit Court for Montgomery County, Maryland |
| CONTINENTAL FINANCE COMPANY, LLC, ET AL., | * | Case No. C-15-CV-23-000545] |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DECLARATION OF CONTINENTAL FINANCE COMPANY, LLC

1. I, Daniel David, am over the age of eighteen, have personal knowledge of the facts set forth herein, and am otherwise competent to testify.

2. I am employed by Continental Finance Company, LLC ("Continental"), and I am an authorized representative of Continental for the purposes of providing this Declaration.

3. Continental is a limited liability company organized and existing under the laws of the State of Delaware. Its structure and citizenship is as follows:

   a. Continental Finance Company, LLC's members are UIV, LLC, Stephen McSorley, William Knotts, Daniel David, and Mark Salamone.

   b. Stephen McSorley is domiciled in Pennsylvania.

   c. William Knotts and Daniel David are domiciled in Delaware.

   d. Mark Salamone is domiciled in New York.

4. UIV, LLC is a limited liability company organized and existing under the laws of

1

the State of Delaware. Its structure and citizenship is as follows:

    a.    UIV, LLC's members are Tamer El-Rayess and Lamiaa Elfar.

    b.    Tamer El-Rayess is domiciled in New York.

    c.    Lamiaa Elfar is domiciled in Virginia.

5.    I also have personal knowledge of the structure and citizenship of Continental Purchasing, LLC ("Continental Purchasing").

6.    Continental Purchasing, LLC is a limited liability company organized and existing under the laws of the State of Delaware. Its structure and citizenship is as follows:

    a.    Continental Purchasing, LLC's sole member is Continental.

7.    Continental services and markets credit cards issued by Celtic Bank and The Bank of Missouri (the "Issuing Banks") as its principal business. Continental maintains a database that records all financial activity related to each borrower's account it services on behalf of the respective Issuing Banks. This database is maintained and updated on a daily basis, and the financial activity for each account is captured and entered by a person with knowledge or from information transmitted by a person with knowledge. It is the regular practice of Continental to make and keep this database information on behalf of the Issuing Banks.

8.    I have access to this database, and I am fully familiar with the manner in which it is created and maintained for each account.

9.    As of the time of removal of this matter, Continental has determined the following to be true based upon a review of its aforementioned business records:

    a.    As of March 22, 2023, Maryland borrowers with active accounts being serviced by Continental totaled more than 32, 000 accounts.

    b.    As of March 22, 2023, Maryland borrowers whose accounts were serviced by

Continental were charged principal and interest which totaled more than $23,000,000.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 29, 2023

_____
Daniel David
Chief Risk Officer