# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| TRACEY I. CRIDER, | * | |
| Plaintiff, | * | Civil Action No. _____ |
| v. | | |
| | * | [Removed from the Circuit Court for Montgomery County, Maryland |
| CONTINENTAL FINANCE COMPANY, LLC, ET AL., | * | Case No. C-15-CV-23-000545] |
| | * | |
| Defendants. | | |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT CKS PRIME INVESTMENTS, LLC'S**
**CONSENT TO AND JOINDER IN NOTICE OF REMOVAL**

Defendant CKS Prime Investments, LLC ("CKS"), by counsel and pursuant to 28 U.S.C. 1446(b)(2)(A), files this notice to inform the court and other parties that it consents to the removal of the above-styled action bearing Case No. C-15-CV-23-000545 from the Circuit Court for Montgomery County, Maryland to the United States District for the District of Maryland, Southern Division, as provided in Defendants Continental Finance Company, LLC and Continental Purchasing, LLC's Notice of Removal.  CKS consents to removal without waiving any defenses, exceptions, or obligations, including without limitation, the affirmative defenses of insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, and improper venue that may exist in its favor in state or federal court, in the above-captioned matter.

[*Signature follows on the next page*]

Dated:   March 29, 2023                     Respectfully submitted,

*/s/ Philip J. Collins\**
Philip J. Collins (Fed. Bar No. 11642)
**PROTAS, SPIVOK & COLLINS, LLC**
4330 East West Highway
Suite 900
Bethesda, MD 20814
301-469-3600
301-469-3601 (Fax)
pcollins@psclaw.net

***Counsel for Defendant***
***CKS Prime Investments, LLC***


*\*Signed by Melissa O. Martinez with permission
 of Philip J. Collins*

2